## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | DAWN SWILLING (surrender) | CASE NO: | 00-6319-CR-DIMITROULEAS |
| AUSA: | ROBERT NICHOLSON /pres | ATTY: | CHARLES EISS, ESQ. /pres |
| AGENT: | FBI | VIOL: | 18 USC 371 |
| PROCEEDING: | I/A ON INFORMATION | RECOMMENDED BOND: | 100,000 PSB |

BOND HEARING HELD - yes / no    COUNSEL APPOINTED: _____

BOND SET @: _____    To be cosigned by: _____

FILED by NOV 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ☒ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed / or _____ x's a week/month by phone, _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Deft advised of charges - counsel present -
Waiver of indictment executed

INFO
~~Reading of indictment Waived~~
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 11/15/00    TIME: 11:00    FTL/LSS TAPE # 00 - 058    Begin: 663    End: 860

