AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Dawn Swilling

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6319

CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW

I, Dawn Swilling, the above named defendant, who is accused of conspiracy to commit offenses against the United States, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __11/15/00__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Dawn Swilling_
Dawn Swilling
Defendant

_/s/_
Charles Eiss, Esq.
Counsel for Defendant

Before _Lurana S. Snow_
UNITED STATES MAGISTRATE JUDGE

