UNITED STATES DISTRICT COURT **55546-004**
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        Plaintiff

  v.

    DAWN SWILLING

        Defendant

CASE NO. 00-6319-CR-Dimi

REPORT COMMENCING CRIMINAL ACTION

FILED by __ D.C.
NOV 16 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 11/15/2000 730A
2. Spoken Language: ENGLISH
3. Offense(s) charged: 18 USC 371 - CONSPIRACY
4. U.S. Citizen [X] YES [ ] NO [ ] UNKNOWN
5. Date of birth: 04/03/1961
6. Type of charging document: (Check One)
   [X] INDICTMENT / INFORMATION [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _____ CASE NO. _____
   DISTRICT: SDF (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [X] YES [ ] NO
   AMOUNT OF BOND. _____
   WHO SET BOND. _____
7. REMARKS: _____

8. DATE: 11/15/2000
9. STEFFAN NASS
   ARRESTING OFFICER
10. AGENCY: FBI
11. (305) 944-9101
    PHONE NO.