## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by ___ D.C.
NOV 27
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD

---

CASE NUMBER: 00-6319-CR-WPD     DATE: November 27, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     vs.     Dawn Swilling

U.S. ATTORNEY: Robert Nicholson     DEFT. COUNSEL: Charles Eiss

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 1 of Information. Court accepts guilty plea.

CASE CONTINUED TO: 3/2/01     TIME: 11:00     FOR: Sentencing

MISC: Written plea agreement filed.

