```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
               FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO.  00-6319-CR-WPD
                             )
            Plaintiff,       )
                             )
         -v-                 )
                             )         DEC 14 2000
DAWN SWILLING,               )
                             )  Fort Lauderdale,
            Defendant.       )  November 27, 2000
_____)  1:50 p.m.


              TRANSCRIPT OF PLEA OF GUILTY

       BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                  U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         ROBERT NICHOLSON, ESQ.
                          Assistant U.S. Attorney


For the Defendant         CHARLES EISS, ESQ.



Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657
```

1  34

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**