UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6319 CR WPD

    Plaintiff,

vs.

DAWN SWILLING,

    Defendant.
_____/

## MOTION TO ALLOW DEFENDANT TO LEAVE SOUTHERN DISTRICT OF FLORIDA

Defendant, DAWN SWILLING, by and through her undersigned counsel, hereby moves this Honorable Court for an Order allowing her to leave the jurisdiction of the Southern District of Florida and would show:

1. Defendant is desirous of going to the State of North Carolina from February 14, 2001 through February 25, 2001 for a family vacation.

2. The undersigned counsel has spoken to Assistant United States Attorney Robert Nicholson who has no objection to this Motion.

WHEREFORE, the Defendant, DAWN SWILLING, respectfully requests this Honorable Court enter an Order allowing her to travel to the State of North Carolina from February 14, 2001 through February 25, 2001 and granting such further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by mail delivery this the 2nd day of February 2001, to: ROBERT NICHOLSON, Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394.

                                              CHARLES M. EISS, Esquire
                                              LAW FIRM OF GLANTZ & GLANTZ, P.A.
                                              Attorneys for Defendant
                                              7951 SW 6th Street, #200
                                              Plantation, FL 33324
                                              (954) 424-1200
                                              Fla. Bar #612073