UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6319 CR WPD

    Plaintiff,

vs.

DAWN SWILLING,

    Defendant.
_____/

### ORDER

THIS CAUSE came on before the undersigned based upon the Defendant, DAWN SWILLING'S Motion to Leave Southern District of Florida and the Court, after review of the Court file and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant, DAWN SWILLING'S Motion to Leave Southern District of Florida from February 14, 2001 through February 25, 2001 shall be and the same is hereby granted.

DONE AND ORDERED in Chambers, United States District Courthouse, Fort Lauderdale, Florida this the 5 day of February 2001.

                                _____
                                U.S. DISTRICT COURT JUDGE

COPIES FURNISHED:

CHARLES M. EISS, Esquire
ROBERT NICHOLSON, AUSA

