UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  DOCKET NO. 00-6319-CR-Dimitrouleas
                                         Defendant No. 1
v.                                       Guideline Manual: 2000

DAWN SWILLING,

_____ /  

## ACCEPTANCE OF RESPONSIBILITY

Pursuant to the sentencing guidelines Section 3E1.1:

1. My name is Dawn Swilling and I reside at 10524 NW 11th Court, Plantation, Florida and I am the Defendant in the above-captioned case.

2. Pursuant to §3E1.1 of the Federal Sentencing Guidelines Manual, I hereby fully accept responsibility for my actions in connection with the charged offense.

3. First, I acknowledge as correct all of the allegations concerning my involvement as contained in the Presentence Investigation Report prepared in my case, excepting only those minor clarifications made in my objections to said report.

4. Second, I voluntarily terminated my involvement in the underlying criminal actions immediately subsequent to the execution of a Search Warrant by the FBI on my office.

5. Third, I have been voluntarily cooperating with the United States Attorney and FBI since shortly after the execution of the Search Warrant, and long before my arrest in this matter. My cooperation has included at least ten (10) separate proffer sessions together with numerous other occasions wherein I supplied information and/or responded to questions from Agent Nass.



6. Fourth, I have entered into a Plea Agreement with the government and have acknowledged my wrongdoings on the record at my change of plea hearing.

7. Fifth, I am continuing to give the government all assistance requested relevant to my conduct and the conduct of other persons still under investigation.

8. Sixth, I am truly remorseful for my actions and have paid a severe price. I have lost my practice and my means of a livelihood. Further, I face a potential prison sentence and, as a result of my now being a convicted felon, I face the loss of my professional license. Since the execution of the Search Warrant, I have endeavored to rectify the harm caused by my misconduct. I intend to continue making amends for so long as the government requests.

9. I fully understand and accept that what I did was wrong. Now, I can only go forward and try to make things right.

DATED: 2/6/2001

DAWN SWILLING