UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6319-CR-DIMITROULEAS

DAWN SWILLING

---

TYPE OF CASE:   CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.     COURTROOM 203E
FT. LAUDERDALE, FL 33301  DATE & TIME:
                         **March 5, 2001 AT 11:00 A.M.**
                         **(Previously set for 3/2/01 at 11:00)**

---

TYPE OF   SENTENCING
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

DATE:   February 21, 2001                 BY DEPUTY CLERK

cc: Robert Nicholson, AUSA
    Charles Eiss, Esq.
    U.S. Probation

