01 FEB 23 AM 11:2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6319-Cr-DIMITROULEAS

UNITED STATES OF AMERICA )
)
v. )
) <u>UNDER SEAL</u>
DAWN SWILLING, )
)
Defendant. )
_____/

**SEALED JOINT MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its undersigned Assistant United States Attorney, files this Motion to Continue Sentencing and in support thereof states as follows:

The defendant pled guilty to a one count information on November 27, 2000.

The court scheduled sentencing for March 2, 2001.

The defendant has been cooperating with the government's continuing investigation of other individuals associated with the medical office where she worked, and other associated criminal activities of which the defendant was aware. Indictments (and/or Informations) charging other individuals are expected to be filed in the near future. The defendant's continued availability is necessary to further her cooperation and the investigation.

The defendant has been on bond since her initial appearance and has complied with all the conditions of her release.



Accordingly, the government respectfully requests that the court continue the sentencing hearing for 60 days to facilitate the defendant's cooperation and the government's investigation. Additionally, a continuance of the sentencing will conserve judicial resources in that it will likely allow the court to consider a government motion for downward departure at the time of sentencing.

Rule 88.9

Counsel for the defendant authorized the undersigned to file this motion as a joint motion.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar #933996
500 East Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33301
(954) 356-7255
(954) 356-7228 (FAX)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by U.S. Mail this 22nd day of February, 2001 to:

Mr. Charles M. Eiss, Esq.
Glantz & Glantz
7951 Southwest Sixth Street
Suite 200
Plantation, Florida 33324

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

```
                                                           [vdkttext]


                              Case Selection
Dkt type: cr    Case Number: 00-6319      Division: 0   FtLauderdale




Filed       Entry Date  Last Update      History ID      Docketed by
2/23/01      2/26/01     **/**/**         4444296            ss
     +------------------------------------------------------------+
      SEALED DOCUMENT



     +viewing docket text-----------------------------------------+
Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # __16__