UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6319-CR-DIMITROULEAS

Plaintiff,

vs.

DAWN SWILLING,

Defendant.
_____/

## ORDER GRANTING CONTINUANCE OF SENTENCING

THIS CAUSE having come before this Court, it is

ORDERED AND ADJUDGED that the sentencing is reset to April 27, 2001 at 11:30 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Chuck Eiss, Esquire
7951 S.W. 6th Street, #200
Plantation, FL 33324

Robert Nicholson, AUSA

United States Probation Office