UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6319 CR WPD

    Plaintiff,

vs.

DAWN SWILLING,

    Defendant.
_____/



### MOTION TO ALLOW DEFENDANT TO LEAVE SOUTHERN DISTRICT OF FLORIDA

    Defendant, DAWN SWILLING, by and through her undersigned counsel, hereby moves this Honorable Court for an Order allowing her to leave the jurisdiction of the Southern District of Florida and would show:

    1. Defendant is desirous of going to the State of Ohio to visit her grandmother from March 28, 2001 through March 31, 2001 and the State of Georgia to visit her father from March 31, 2001 to April 2, 2001 for a family vacation.

    2. The undersigned counsel has spoken to Assistant United States Attorney Robert Nicholson who has no objection to this Motion.

    WHEREFORE, the Defendant, DAWN SWILLING, respectfully requests this Honorable Court enter an Order allowing her to travel to the State of Ohio from March 28, 2001 through March 31, 2001 and the State of Georgia from March 31, 2001 to April 2, 2001 and granting such further relief as this Court deems just and proper.

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished by mail delivery this the __15__ day of March 2001, to: ROBERT NICHOLSON, Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394.

                                    _____
                                    CHARLES M. EISS, Esquire
                                    LAW FIRM OF GLANTZ & GLANTZ, P.A.
                                    Attorneys for Defendant
                                    7951 SW 6th Street, #200
                                    Plantation, FL 33324
                                    (954) 424-1200
                                    Fla. Bar #612073