UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6319 CR WPD

    Plaintiff,

vs.

DAWN SWILLING,

    Defendant.

_____/

FILED by ___ D.C.

MAR 1 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE came on before the undersigned based upon the Defendant, DAWN SWILLING'S Motion to Leave Southern District of Florida and the Court, after review of the Court file and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant, DAWN SWILLING'S Motion to Leave Southern District of Florida from March 28, 2001 through March 31, 2001 to visit her grandmother in the State of Ohio and from March 31, 2001 through April 2, 2001 to visit her father in the State of Georgia shall be and the same is hereby granted.

DONE AND ORDERED in Chambers, United States District Courthouse, Fort Lauderdale, Florida this the ___15___ day of March 2001.

_____
U.S. DISTRICT COURT JUDGE

COPIES FURNISHED:

CHARLES M. EISS, Esquire
ROBERT NICHOLSON, AUSA
pre-trial Services

