## SENTENCING MINUTES
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

DEFENDANT **DAWN Swilling**　　　　CASE # **00-6319-CR-WPD**
Clerk **DEBORAH Christian**　　　　JUDGE **William P. Dimitrouleas**
Reporter **Bob Ryckoff**　　　　DATE **04-27-01**
AUSA **Robert Nicholson**　　Deft. Counsel **Charles Eiss, ESQ**

DEFENDANT FOUND GUILTY AS TO COUNTS __1__

COUNTS DISMISSED _____

____ Deft. failed to appear - warrant to issue.  Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ am / pm

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 24 | 1 |

Comments _____

Supervised Release **3 yrs No firearm, Mental health treatment/Evaluation, Financial disclosure, No controlled Con't next page.**

| Probation | Years | Months | Counts |
|---|---|---|---|

Comments _____

Assessment $ **100.00**　　Fine $ **0**
Restitution / ~~Other~~ $ **318,038.40**

### CUSTODY

__✓__ Remanded to U.S. Marshal　　____ Release bond pend appeal

____ Voluntary surrender to (designated institution or US Marshal) on __/__/__.

____ Commitment recommendation: _____

(rev. 12/91)

**ADDITIONAL COMMENTS TO SENTENCING MINUTES**

Substance, must obtain permission to become self employed.