USDC FLSD 245B (Rev 9/00) Sheet 2 - Imprisonment

Judgment-Page 2 of 8

DEFENDANT: **SWILLING, DAWN**
CASE NUMBER: **00-6319-CR-WPD**

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    24 MONTHS.

- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [X] **The defendant is remanded to the custody of the United States Marshal.**

- [ ] The defendant shall surrender to the United States Marshal for this district.

    - [ ] At    A.m. / p.m. on

    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    - [ ] Before 2:00 p.m. on

    - [ ] as notified by the United States Marshal.

    - [ ] As notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _6/5/01_ To _FCC Coleman, Camp_

at _1500_ , with a certified copy of this judgment.

_Carlyle I. Helder, Warden_
UNITED STATES MARSHAL

By _K. Carroll, DSO_
Deputy U.S. Marshal