UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6319-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )
v.                         )
                           )
DAWN SWILLING,             )
                           )
                           )
         Defendant.        )
_____)

NIGHT BOX FILED
FEB 14 2002
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

GOVERNMENT'S MOTION PURSUANT TO
Rule 35, F.R.CR.P.

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and moves to reduce the sentence of Dawn Swilling, pursuant to Rule 35, Federal Rules of Criminal Procedure, and in support thereof, the government states that the defendant has provided substantial cooperation in the investigation and prosecution of others who have committed an offense. The details of said cooperation will be made known at a hearing in regards to this matter.



Wherefore, the United States respectfully requests that said motion be granted.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ROGER H. STEFIN
Assistant United States Attorney
Florida Bar No. 287334
500 East Broward Blvd, Suite 700
Fort Lauderdale, Florida  33394
(954) 356-7255, ex. 3558
Fax. No. (954) 356-7336

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed this 11th day of February, 2002, to: Charles Eiss, Esq., 7951 S.W. Sixth Street, Suite 200, Plantation, FL 33324.

_____
ROGER H. STEFIN
Assistant United States Attorney