UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6319-CR-DIMITROULEAS

            Plaintiff,

vs.

DAWN SWILLING,

            Defendant.
_____/

FILED by _____ D.C.

FEB 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### O R D E R

**THIS CAUSE** having been heard on Government's February 14, 2002 Motion Pursuant

to Rule 35, Federal Rules of Criminal Procedure [DE #25], the Court sets a hearing for **March**

**21, 2002 at 9:15 a.m**.

The United States Attorney shall secure whatever writs or orders are necessary to ensure

the Defendant's appearance at this hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

_15_ day of February, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Roger Stefin, AUSA

Charles Eiss, Esq.
7951 SW 6th Street #200
Plantation, FL 33324

U.S Marshal