<u>**CRIMINAL MINUTES**</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
<u>**HONORABLE WILLIAM P. DIMITROULEAS**</u>

FILED by _____ D.C.
MAR 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6319-CR-WPD   DATE: March 21, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Dawn Quilling

U.S. ATTORNEY: Roger Stefin   DEFT. COUNSEL: Charles Eiss

REASON FOR HEARING: Rule 35 Motion

RESULT OF HEARING: Gov't Rule 35 motion is granted. Sentence previously imposed is reduced to 1 year + 1 day BOP with same conditions as previously imposed.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

