

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6319-CR-DIMITROULEAS
    Plaintiff,

vs.

DAWN SWILLING
    Defendant.

### ORDER

THIS CAUSE having been heard before the Court on March 21, 2002 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of imprisonment previously imposed is reduced to One (1) Year and One (1) Day. All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of March, 2002.

                                              WILLIAM P. DIMITROULEAS
                                              United States District Judge

Copies furnished to:
Roger Stefin, AUSA
Charles Eiss, Esq.
U.S. Probation Office
U. S. Marshal

