1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6319-CR-WPD |
| Plaintiff, | ) | |
| -v- | ) | |
| DAWN SWILLING, | ) | Fort Lauderdale, Florida |
| Defendant. | ) | April 27, 2001 |
| | ) | 11:30 a.m. |

EXCERPT

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          ROBERT NICHOLSON, ESQ.
                           Assistant United States Attorney

For the Defendant          CHARLES EISS, ESQ.

Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida 33301
                           954-769-5657




# NOT

# SCANNED

PLEASE REFER TO COURT FILE