1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )   CASE NO. 00-6319-CR-WPD
                             )
          Plaintiff,         )
                             )
          -v-                )
                             )
DAWN SWILLING,               )
                             )   Fort Lauderdale, Florida
          Defendant.         )   March 21, 2002
_____)   9:15 a.m.


                       TRANSCRIPT OF HEARING

            BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                         U.S. DISTRICT JUDGE


APPEARANCES:

For the Plaintiff        ROGER STEFIN, ESQ.
                         Assistant United States Attorney


For the Defendant        CHARLES EISS, ESQ.




Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657
```



THIS VOLUME:
Pages 1 - 8



# NOT

# SCANNED

PLEASE REFER TO COURT FILE