PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66211

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6319-CR-DIMITROULEAS

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Dawn Swilling

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Judge, Fort Lauderdale, FL

Date of Original Sentence: April 30, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Offenses against the United States, in violation of Title 18, U.S.C. § 371 a Class D felony |
| Original Sentence: | Twenty-four (24) months custody of the Bureau of Prison, followed by three (3) years of supervised release. Special conditions to include: restitution in the amount of $318,038.40; the defendant shall participate in an inpatient/outpatient mental health program, as directed by the U.S. Probation Office. The supervised releasee shall contribute to the cost of services rendered (co-payment) in an amount determined by the probation officer, based on ability to pay, or availability of third party agreement; the defendant shall not incur any further debt, included but not limited to loans, lines of credit or credit card charges, either as principle or cosigner, as an individual or through any corporate entity, without first obtaining permission from the United States Probation Officer; the defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer; the defendant shall maintain full-time legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the United States Probation Officer. Further, the defendant shall provide documentation, including but not limited to, pay stubs, contractual agreements, W-2 Wage and Earning Statements, and any other documents requested by the U.S. Probation office. The defendant shall obtain prior approval before from the United States Probation Officer before entering into any self-employment. |

Type of Supervision: Supervised Release          Date Supervision Commenced: March 21, 2002

---

## PETITIONING THE COURT

[]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:



PROB 12B                                                                                          SD/FL PACTS No. 66211
(SD/FL 9/96)

The defendant shall pay restitution at the rate of $729.27 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.

## CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on his restitution balance. The defendant reported the household income and expenses on a monthly basis. The report was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. The aggregate allowable expenses were totaled at $1,562.87 with a total new monthly income of $2,373.16. Consequently, this left a positive cash flow of $810.29. Of this amount, the defendant was allowed a 10 percent monthly savings allowance for a total of $81.02, leaving $729.27 per month to be applied towards his financial obligation.

The defendant has agreed to begin payment of $729.27 per month commencing in March 2003 and every month thereafter. As such, it is respectfully requested that Your Honor sign the attached Petition for Supervised Release Action modifying the conditions of probation as indicated above.

Note: Assistant United States Attorney Roger Powell has no objections to the modification request.

Respectfully submitted,

by _____
Tiwanna Johnson
U.S. Probation Officer
Phone: (954) 769-5585
Date: January 27, 2003

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

_____
Date