PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66211

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6319-CR-DIMITROULEAS

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Dawn Swilling

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas

Date of Original Sentence: April 30, 2001

Original Offense:   Conspiracy to Commit Offenses against the United States, in violation of 18 U.S.C. § 371, a Class D felony

Original Sentence:   24 months custody of the Bureau of Prisons, followed by three years supervised release and $318,038.40 restitution

Type of Supervision: Supervised Release          Date Supervision Commenced: March 21, 2002

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

The defendant shall pay restitution at the rate of 10% of her gross income per month until such time as the court may alter that payment schedule in the interest of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.

## CAUSE

On January 29, 2003, Your Honor modified Ms. Swilling's supervised release to include a monthly restitution payment of $729.27. This monthly payment amount was recommended by the U.S. Probation Office after a thorough review of Ms. Swilling's monthly income. At that time, Ms. Swilling was receiving $1,353 per month from the sale of a business she was involved in prior to her sentencing in this case. Ms. Swilling has recently been advised that she will no longer receive a monthly payment regarding the sale of her business and that the holder of the business note has defaulted on the loan. Due to the change in Ms. Swilling's monthly income, a new financial investigation was conducted to determine what amount the defendant could afford to pay on a monthly basis toward her restitution obligation. Based on that investigation, it was determined that



PROB 12B                                              SD/FL PACTS No. 66211
(SD/FL 9/96)

Ms. Swilling could pay 10% of her gross income monthly toward her outstanding restitution obligation.

Ms. Swilling has agreed to the proposed modification and has in fact, signed a waiver of hearing which is attached.

                                      Respectfully submitted,

by    *[signature]*
      Anthony F. Gagliardi
      U.S. Probation Officer
      Phone: (954) 769-5510
      Date: October 10, 2003

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

October 16, 2003
Date