**United States Government**
MEMORANDUM

**DATE:** March 23, 2004

**FROM:** Anthony F. Gagliardi
U.S. Probation Officer, Fort Lauderdale

**SUBJECT:** SWILLING, Dawn
Docket No. 00-6319-CR-Dimitrouleas
SD/FL PACTS No. 66211

**TO:** The Honorable William P. Dimitrouleas
U.S. District Court Judge, Fort Lauderdale

### Request Permission to Travel Outside the United States

On April 27, 2001, the above-captioned individual was sentenced by Your Honor to 24 months custody of the Bureau of Prisons followed by 3 years supervised release after pleading guilty to one count of Conspiracy to Commit Offenses Against the United States. Special conditions imposed included, participation in an inpatient/outpatient mental health treatment and to pay restitution in the amount of $318,038.40. Ms. Swilling's three year term of supervised release commenced in the Southern District of Florida on March 21, 2002.

Since her release, Ms. Swilling has maintained both full-time legitimate employment and a stable residence in the Southern District of Florida. She also has completed her special condition of mental health treatment and has faithfully made payments toward her outstanding restitution obligation. To date, Ms. Swilling has paid a total of $22,375.31 toward her restitution obligation. She has also accrued no new arrests and all urinalysis tests to date have been returned negative.

Recently, Ms. Swilling advised this officer that she had won a four night five day complimentary all expenses included trip to Mexico. Ms. Swilling is requesting that she be allowed to travel to Mexico with her husband leaving Miami International Airport on April 26, 2004 and returning on April 30, 2004.

At this time, the United States Probation Office is recommending that Ms. Swilling be allowed to travel to Mexico. If Your Honor concurs with the Probation Office's recommendation, please indicate below.



Memorandum to the Honorable William P. Dimitrouleas
U.S. District Court Judge, Fort Lauderdale
March 23, 2004
Page 2

                        RE:   SWILLING, Dawn
                                 Docket No. 00-6319-CR-Dimitrouleas
                                 SD/FL PACTS No. 66211

      Should Your Honor have any questions or need additional information, please contact me at (954) 769-5510.

                                                Respectfully,

Reviewed by: _____
                Carolyn Gamble, Supervising
                U.S. Probation Officer

_____            3/23/04
Travel Approved                        Date

_____           _____
Travel Denied                            Date